# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| Grant Millin, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00316-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Teresa White | ) | |
| Calvin Hill | ) | |
| Michael Shadrick, | ) | |
| | ) | |
| Defendants, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 24, 2016 Order.

October 24, 2016

Frank G. Johns, Clerk
United States District Court